VANDALIA PERRY and CHARLES B. HOUSTON, composing the the firm of PERRY HOUSTON & CO., vs. GEORGE S. GRIER and J. ALEXANDER HARRIS, composing the firm of J. ALEXANDER HARRIS & CO.

WRIT OF ERROR TO THE SUPERIOR COURT OF KENT CO.

**Evidence. Partnership.**—Where it is sought to charge a person as a partner, in a suit against the firm by a third person, evidence that a notice of such partnership was published and brought to the attention of the alleged partner who neither affirmed nor denied it, is admissible to charge him with such notice.

This was a suit similar to the last case, in which, however, only one of the questions involved in that case arose. The only error assigned was to the admission of evidence of general reputation to prove the partnership in a suit against the firm by third persons.

The case was heard before WOLCOTT, Ch., LORE, C. J., and MARVEL, J.

*N. B. Smithers, J. R. Lofland* and *C. W. Cullen*, for plaintiff in error.

*Edward Ridgeley, William F. Causey* and *James Pennewill,* for defendant in error.

After the argument of this and preceding case as stated in the report of that case, the conclusion was reached that the evidence of the publication, shown to, and not denied by the defendant below, was admissible, and there being no other error assigned it was " ordered, adjudged and decreed by the Court, with the consent of counsel, that the Judgment of the Court below, be and the same is hereby affirmed."